UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY FREGOSO, ) | Case No. CV 08-01115-GW (CT) |
| ) | |
| Petitioner, ) | |
| ) | ORDER ADOPTING FINDINGS, |
| v. ) | CONCLUSIONS, AND |
| ) | RECOMMENDATIONS OF UNITED |
| MATHEW C. KRAMER, Warden, ) | STATES MAGISTRATE JUDGE |
| ) | |
| Respondent. ) | |

Pursuant to 28 U.S.C. § 636, the court has reviewed the petition, all the records and files herein, the report and recommendation of the United States Magistrate Judge, and petitioner's objections to the report and recommendation. Having done so, the court concurs with and adopts the findings, conclusions, and recommendations of the magistrate judge with non-material modifications.

IT IS ORDERED that judgment be entered denying the petition for writ of habeas corpus and dismissing this action with prejudice.

DATED: April 10, 2009

GEORGE H. WU
UNITED STATES DISTRICT JUDGE