UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY FREGOSO,            ) | Case No. CV 08-01115-GW (CT) |
|                     Petitioner,   ) | **J U D G M E N T** |
|      v.                           ) | |
| MATHEW C. KRAMER, Warden,    ) | |
|                     Respondent.   ) | |

    In accordance with the report and recommendation of the United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the petition for writ of habeas corpus is denied and this action is dismissed with prejudice.

DATED: April 10, 2009

                                        GEORGE H. WU
                            UNITED STATES DISTRICT JUDGE